**Opinion issued February 14, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-18-00405-CV

———————————

**FELIX CUELLAR, Appellant**

**V.**

**CENTRAL MORTGAGE COMPANY, Appellee**

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1109559**

## MEMORANDUM OPINION

Appellant's brief was originally due December 17, 2018. On January 11, 2019, this Court issued a notice advising appellant that unless he filed his brief within ten days, we might dismiss the appeal for want of prosecution. We received no brief or motion for extension.

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b),

43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Lloyd, Kelly, and Hightower.